## Geo. S. Bush & Co., Inc. v. United States

**No. 5157.**—Invoices dated Shanghai, China, November 27, 1936, etc.
Entered at Seattle, Wash., December 22, 1936, etc.
Entry Nos. 3122, etc.

(Decided March 6, 1941)

*John P. Hausman* for the plaintiff.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Richard H. Welsh*, special attorney), for the defendant.

Tilson, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issue herein and the issue in *United States* v. *Kohlberg*, Reap. Dec. 4526 is the same; that the appraised value less certain additions represents the proper dutiable export value, and that there is no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the items marked A and checked CK on the invoices to be the value found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.